UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JERRY E. NUTT, D.D.S., and DENTAL
CONSULTING & MANAGEMENT, INC.,**
        Plaintiffs,

v.

**GEORGIA CREDIT & COLLECTIONS
BUREAU, INC. and LOWELL &
ASSOCIATES, INC.,**
        Defendants.

CASE NO: 3:06mc14/MCR

v.

**Bank of Pensacola
7150 N. 9th Avenue
Pensacola, FL 32524-7885**
        Garnishee.
_____/

## ORDER DIRECTING ENTRY OF FINAL JUDGMENT IN GARNISHMENT

THIS MATTER comes before the court on the motion for final judgment against garnishee Bank of Pensacola ("garnishee") filed by plaintiffs Jerry E. Nutt, D.D.S., and Dental Consulting & Management, Inc. ("plaintiffs"). (Doc. 14).

Garnishee has filed an answer admitting the indebtedness to defendant Lowell & Associates (doc. 8); defendant Lowell & Associates has not timely filed a motion to dissolve or other pleading.[1]  It therefore appears that plaintiffs' motion for final judgment

---

[1] By order dated November 11, 2006, the court granted the motion of intervenor Southern States Credit & Collections Bureau, Inc., ("Southern States") to dissolve the writ of garnishment against it. (Doc. 12). Accordingly, Southern States is not subject to plaintiffs' writ of garnishment.

in garnishment as to defendant Lowell & Associates is due to be granted.

It further appears that no additional action by the court shall be required in this case and that the matter may be dismissed from the court's active docket at this time. The court shall reserve jurisdiction for a period of sixty (60) days, however, to enter additional orders as it may find necessary (including an order authorizing execution against garnishee's property if this judgment is not otherwise paid or satisfied), upon timely filed motion. The clerk therefore shall be directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, to close the case in its entirety for all purposes.

Accordingly, it is ORDERED:

1. The motion for final judgment in garnishment filed by plaintiffs, Jerry E. Nutt, D.D.S., and Dental Consulting & Management, Inc., (doc. 14) is GRANTED. The clerk shall enter judgment accordingly.

2. Plaintiffs, Jerry E. Nutt, D. D.S., and Dental Consulting & Management, Inc., whose address is c/o William D. Carter, Mason Bahr, LLP, 7000 Central Parkway, Ste. 1450, Atlanta, GA 30328 shall recover from garnishee, Bank of Pensacola, whose address is Bank of Pensacola, 7150 N. 9th Avenue, Pensacola, Florida 32524-7885, the sum of $362.10 (three hundred sixty-two dollars and ten cents) for which sum let execution issue forthwith.

3. The writ of garnishment as to Florida Credit & Collections Bureau, Inc., is DISSOLVED.

4. The clerk is directed to pay garnishee's attorneys the compensation provided by law deposited by plaintiffs into the registry of the court.

5. The court reserves jurisdiction of this case for a period of sixty (60) days to enter additional orders as may be necessary (including an order authorizing execution

---

Southern States' motion, and the court's order of dissolution, did not include another party which plaintiffs had named in their writ, Florida Credit & Collections Bureau, Inc. For the reasons stated in the November 11, 2006, order, however, the court concludes that the writ as to Florida Credit & Collections Bureau, Inc., should also be also dissolved. Defendants Georgia Credit & Collections Bureau, Inc. and Lowell & Associates, Inc., therefore are the only parties who remain subject to plaintiffs' instant writ of garnishment.

Case No. 3:06mc14/MCR

against garnishee's property if this judgment is not otherwise paid or satisfied), upon timely filed motion.  The clerk shall close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

**DONE AND ORDERED** this 17th day of January, 2007.

 s/ *M. Casey Rodgers*  
**M. CASEY RODGERS**  
**UNITED STATES DISTRICT JUDGE**

Case No.  3:06mc14/MCR